*Per Curiam.* Judgment reversed, without costs, and new trial ordered in the Municipal Court in the district in which the action was brought. Tyroler v. Gummersbach, 28 Misc. Rep. 151; Curren v. Roseff, 61 N. Y. Supp. 838; and Bristor v. Flaherty, 30 Misc. Rep. 111.

Present: TRUAX, P. J.; SCOTT and DUGRO, JJ.

Judgment reversed, without costs, and new trial ordered in Municipal Court.

---

WILLIAM RANKIN, Respondent, *v.* SAMUEL GINSBERG, Appellant.

APPEAL from a judgment in favor of plaintiff.

Henry Kuntz, for appellant.

Quackenbush & Wise, for respondent.

*Per Curiam.* The record fails to disclose the residence of the defendant.

The judgment is, therefore, reversed and a new trial ordered in the Municipal Court in the district in which the action was brought, without costs. See Tyroler v. Gummersbach, 28 Misc. Rep. 151,

Present: TRUAX, P. J.; SCOTT and DUGRO, JJ.

Judgment reversed and new trial ordered in Municipal Court, without costs.

---

ISAAC DUGOFF, Respondent, *v.* ISAAC D. ZEMAN et al., Appellants.

APPEAL from a judgment in favor of plaintiff.

E. Rosenthal, for appellants.

Shaffer & Eisler, for respondent.

*Per Curiam.* Judgment reversed, without costs, and new trial ordered in the Municipal Court in the district in which the action

was brought. Tyroler v. Gummersbach, 28 Misc. Rep. 151; Curren v. Roseff, 61 N. Y. Supp. 838; and Bristor v. Flaherty, 30 Misc. Rep. 111.

Present: TRUAX, P. J.; SCOTT and DUGRO, JJ.

Judgment reversed and new trial ordered in Municipal Court, without costs.

------

JAMES SHERRY, Respondent, v. THE METROPOLITAN STREET RAILWAY CO., Appellant.

RICHARD T. J. O'KEEFE, Respondent, v. THE SAME, Appellant.

APPEAL from judgments in favor of plaintiffs.

H. A. Robinson, for appellant.

P. J. Britt, for respondents.

*Per Curiam.* The judgments of the justice are sustained by the weight of the evidence. The exception to the question, " What, if anything, did you hear at the time that the tender was about crossing or attempting to cross the northbound track? " was not well taken.

Present: TRUAX, P. J.; SCOTT and DUGRO, JJ.

Judgments affirmed, with costs.

------

NATHAN HUTKOFF, Respondent, v. THE PENNSYLVANIA RAILROAD CO., Appellant.

APPEAL from a judgment in favor of plaintiff.

Robinson, Biddle & Ward, for appellant.

Nathan, Leventritt & Perham, for respondent.

*Per Curiam.* The evidence of the witness Sammeck warrants a conclusion that the glass was in good condition when it was delivered upon the car.